UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOHN DICARLO,

                        Plaintiff,                      23 Civ. No. 11287 (ALC) (GS)

      -against-

                                                              **TELEPHONE STATUS**
METRO-NORTH RAILROAD                            **CONFERENCE ORDER**
COMPANY,

                        Defendant.

----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Status Conference on **Tuesday, August 20, 2024 at 10:00 a.m.**  The parties are directed to submit a joint status report no later than **Friday, August 16, 2024** in advance of the conference, informing the Court of the status of discovery in this action.  Counsel is directed to join the conference at the scheduled time using the following dial-in information: **Please dial (646) 453-4442, Access Code: 457 776 550#.**

      SO ORDERED.

DATED:    New York, New York
                June 12, 2024

                                                                 _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge